# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cr-171 |
| | : | |
| vs. | : | District Judge Timothy S. Black |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| JAMES EDWARD RISNER III, | : | |
| | : | |
| Defendant. | : | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 29)

This case is presently before the Court on the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington, wherein she recommends that Defendant's plea of guilty to Counts 2 and 7 of the First Superseding Indictment (Doc. 25) be accepted, that Defendant be found guilty as charged in said Counts, and that the Court defer acceptance of the parties' proposed binding plea agreement (Doc. 27) until the Court has had the opportunity to review the Presentence Investigation Report ("PSR"). (Doc. 29).  The parties did not file objections to the Report and Recommendations, and the time for doing so expired on October 3, 2016. (*Id.*)

The Court, having reviewed the matter pursuant to 28 U.S.C. § 636(b), determines that the Report and Recommendations (Doc. 29) of the United States Magistrate Judge should be, and is hereby, **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Counts 2 and 7 of the First Superseding Indictment. (Doc. 25). The Court defers acceptance of the parties' proposed binding plea agreement until the Court has had the opportunity to review Defendant's PSR. (Doc. 27).

**IT IS SO ORDERED**.

Date: 10/4/16                              *s/ Timothy S. Black*
                                            Timothy S. Black
                                            United States District Judge